FILED

12 MAR -9 PM 3:54

CLERK, U.S. DIST...
SOUTHERN DISTRICT OF CA...

BY: /PM/   DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED KENNETH MACDONALD,<br><br>                              Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KENT D. HAROLDSEN; JOHN GARZON; ROBIN BAKER; and ED HUGHES,<br><br>                             Defendants. | CASE NO. 11cv1088-IEG(BLM)<br><br>Order Denying Plaintiff's Ex Parte Motion to Continue Hearing Date |

      Plaintiff has filed an ex parte motion to continue the hearing on the motion to dismiss filed by individual Defendants Baker and Haroldson. Plaintiff argues he needs to conduct discovery, including the depositions of the individual Defendants, in order to oppose the motion. However, as pointed out by Defendants in response to the application, the arguments raised in the motion are purely legal. In considering Defendants' motion to dismiss for failure to state a claim under Rule 12(b)(6), the Court will not consider evidence beyond the pleadings. <u>Lee v. City of Los Angeles</u>, 250 F.3d 668, 688 (9th Cir. 2001). Either Plaintiff's Second Amended Complaint includes sufficient facts to state a claim for relief against these individual Defendants, or it does not. Furthermore, although Defendants' motion re-visits the issue of qualified immunity, it does so purely on a legal basis. Thus, no development of facts is necessary to oppose such motion. Plaintiff's motion to continue the hearing is DENIED.

The Court notes Plaintiff has also filed an ex parte application for reconsideration of the Court's decision that 8 U.S.C. § 1252(g) precludes Plaintiff's *Bivens* action under the Fourth Amendment. The Court will consider such application in conjunction with the pending motions to dismiss, and will request further briefing from the Government if necessary.

**IT IS SO ORDERED.**

Dated: 3/9/12

CATHY ANN BENCIVENGO *for*
IRMA E. GONZALEZ
United States District Judge